UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONALD DIGGS,

                         Plaintiff,

    -v-                                      9:16-CV-554
                                             (DNH/DJS)

SGT. RONALD G. WOOD; SGT. JUSTIN
DELISLE; KRISTEN J. DELISLE, Librarian;
CHRIS DUBREY, Correctional Officer/
Sergeant; and T. ROBARE, Corrections Officer,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:                                OF COUNSEL:

RONALD DIGGS
Plaintiff, pro se
15-A-2954
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

BARBARA D. UNDERWOOD                    RYAN L. ABEL, ESQ.
Attorney General of the State of New York        Assistant Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge


## DECISION and ORDER

        Pro se plaintiff Ronald Diggs brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On August 16, 2018, the Honorable Daniel J. Stewart, United States Magistrate

Judge, advised by Report-Recommendation that defendants Sgt. Justin Delisle and Kristen J.

Delisle's motion for summary judgment be granted and the complaint be dismissed as against them. No objections to the Report-Recommendation were filed.

Based upon a careful review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants Sgt. Justin Delisle and Kristen J. Delisle's motion for summary judgment is **GRANTED**; and

2. Plaintiff's complaint is **DISMISSED** in its entirety as against defendants Sgt. Justin Delisle and Kristen J. Delisle.

IT IS SO ORDERED.

United States District Judge

Dated: September 26, 2018
    Utica, New York.