UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONALD DIGGS,

    Plaintiff,

  -v-                                  9:16-CV-554

SERGEANT RONALD G. WOOD, CRAIG
DuBREY, and TIMOTHY ROBARE,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORIGINAL**

## VERDICT FORM

June 30, 2021
Utica, New York

Court's Exhibit No. 4

ORIGINAL

# EXCESSIVE FORCE – RONALD WOOD

1A.  Did defendant Ronald Wood subject plaintiff Ronald Diggs to excessive force?

   Yes _____   No ___✓___

   If you answered YES, proceed to Question 1B.
   If you answered NO, proceed to Question 2A on the next page.

1B.  Was the excessive force a proximate cause of mental and/or physical injury to plaintiff Ronald Diggs?

   Yes _____   No _____

   **Proceed to Question 2A on the next page.**

2

# EXCESSIVE FORCE – CRAIG DuBREY

2A. Did defendant Craig DuBrey subject plaintiff Ronald Diggs to excessive force?

Yes _____ No ___✓___

If you answered YES, proceed to Question 2B.
If you answered NO, proceed to Question 3A on the next page.

2B. Was the excessive force a proximate cause of mental and/or physical injury to plaintiff Ronald Diggs?

Yes _____ No _____

**Proceed to Question 3A on the next page.**

# EXCESSIVE FORCE – TIMOTHY ROBARE

3A. Did defendant Timothy Robare subject plaintiff Ronald Diggs to excessive force?

Yes _____  No ✓

If you answered YES, proceed to Question 3B.
If you answered NO, proceed to Question 4 on the next page.

3B. Was the excessive force a proximate cause of mental and/or physical injury to plaintiff Ronald Diggs?

Yes _____  No _____

**Proceed to Question 4 on the next page.**

# DAMAGES

## ACTUAL DAMAGES

4. *Complete this section ONLY IF you answered YES to Question 1B, 2B, or 3B. Otherwise, skip this section and proceed to **Question 5**.*

Pain and Suffering / Personal Injuries:        $_____

Mental Anguish and Humiliation:                $_____

TOTAL Actual Damages:                          $_____

**Proceed to Question 5.**

## NOMINAL DAMAGES

5. *Complete this section ONLY IF you answered NO to Question 1B, 2B, and 3B. Otherwise, proceed to **Question 6A**.*

Is plaintiff Ronald Diggs entitled to nominal damages not to exceed $1.00?

Yes _____    No _____

**Proceed to Question 6A on the next page.**

5

# PUNITIVE DAMAGES

6A. *Complete this section ONLY IF you answered YES to Question 1A. Otherwise, proceed to Question 6B.*

Do you find that plaintiff Ronald Diggs entitled to punitive damages against defendant **Ronald Wood**?

Yes _____ No _____

**Proceed to Question 6B.**

6B. *Complete this section ONLY IF you answered YES to Question 2A. Otherwise, proceed to Question 6C on the next page.*

Do you find that plaintiff Ronald Diggs is entitled to punitive damages against defendant **Craig DuBrey**?

Yes _____ No _____

**Proceed to Question 6C.**

6

6C. *Complete this section ONLY IF you answered YES to Question 3A. Otherwise, proceed to the last page.*

Do you find that plaintiff Ronald Diggs is entitled to punitive damages against defendant **Timothy Robare**?

Yes _____ No _____

PROCEED TO THE NEXT PAGE, SIGN IN THE SPACE PROVIDED, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.

Please sign and date this verdict form.

YOUR VERDICT MUST BE UNANIMOUS.
ALL JURORS MUST SIGN.

Dated: June 30, 2021



CSO R0 Zma
Raza
06/30/2021
3:51 pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Case No. 9:16-CV554

NOTE FROM THE JURY

YOUR HONOR,

WE HAVE REACHED A VERDICT.

DATED AT UTICA, NEW YORK 6/30/21

TIME: 3:50 PM

SIGNATURE OF FOREPERSON

COURT EX 5

CSO R.A. Zabel

Raz

06/30/2021

3:51 PM