**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Northern New York

File Number 9:16-cv-00554

Ronald Diggs

        *Plaintiff,*

  v.

Sgt. Ronald G. Wood, Craig Dubrey, Timothy Robare

        *Defendant.*

Notice of Appeal

Notice is hereby given that Ronald Diggs, Plaintiff, in the above- named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 1st day of July, 2021

/s/ Julia Kosineski, Esq.

Attorney for Ronald Diggs
Address: 519 State Street
Schenectady, New York 12305

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

To: Attorney General, Sgt. Ronald G. Wood, Craig Dubrey, Timothy Robare

*See Rule 3(c) for permissible ways of identifying appellants