UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, __Julia Kosinski__, duly appointed as counsel pro bono to represent __Ronald Diggs__ in the matter of __Diggs__ v. __Wood et al__

Civil Action No. __9:16__-CV-__00554__, hereby request reimbursement pursuant to Local Rule 83.3 for expenses incurred in the representation of my pro bono client in the amount of $ ~~1044.85~~ 757.25

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable and necessary. I further understand that absent prior approval of the court, cumulative expenses in this matter will not exceed $2,000.00.

Dated: __7/12/21__

Counsel Pro Bono (Signature): _[signed] Julia Kosinski_

The above application of counsel pro bono is fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund.

Dated: __9/20/2021__

Presiding Judge (Signature): _[signed]_

IT IS SO ORDERED.

Dated: __9/22/2021__

_[signed]_
Chief U.S. District Judge

Scanned with CamScanner



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Authorization Request

**Attorney(s) Name:** Julia Kosinski

**Case Number/Party Represented:** 9:16-CV-00554 / Diggs

☒ **Authorization Request for expenses in excess of $500.00**
Explanation:

_____
_____
_____

☐ **Authorization Request for voucher in excess of $2,000.00**
Explanation:

_____
_____
_____

☒ **Travel Authorization Request**
Provide justification for travel and a list of estimated travel expenses:

I booked the hotel for 6/27 assuming trial starting 6/28 and then trial got delayed to 6/29 but I was still on the hook for the room 6/27

The above Authorization Request for travel expenses, expenses in excess of $500.00 or voucher in excess of $2,000.00 is hereby APPROVED.

Presiding Judge (Signature): _____

Dated: _____

*Please email Authorization Request to the "Courtroom Deputy" of presiding Judge
*A copy of the approved authorization must be attached to your pro bono voucher.

0

Scanned with CamScanner

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Julia Kosinski

**Law Firm Name:** public defender

**Mailing Address of Law Firm:** 519 State St. Schenectady, NY 12305

**City/State/Zip:**

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:16-cv-00554

**Party Represented:** Ronald Diggs

**Dates of Service:** From: 04/2020 To: 07/15/2021

*Rates Effective October 2020 through September 2021*
*See mileage rates for Northern District of New York*

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $61 |
| Albany | $114 | $61 |
| Utica | $96 | $55 |
| Binghamton | $101 | $61 |
| Plattsburgh | $96 | $55 |

*Only actual expenses may be claimed*

**GRAND TOTAL VOUCHER AMOUNT**

$ ~~0.00~~ 757.25

**Finance Audit** MC **Date:** 9/15/2021

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** Julia Kosinski **Date:** 7/15/21

- *Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.
- *Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.
- *If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

1

Scanned with CamScanner

# Pro Bono Travel Expenses

*Receipts required for lodging, airfare, rental cars and any meal $50.00 and over*

*Reimbursement for meals and lodging expenses may be claimed only on an actual expense (itemized) basis, up to the applicable GSA per diem allowance for the date and location of travel. (See Rates table on page 1)

Attorney(s): Julia Kosinski

| DATE | EXPENSE TYPE | TO/FROM | OTHER EXPENSE AMOUNT | MILEAGE | MILEAGE RATE .56 (EFFECTIVE 1/1/21) | TOTAL |
|---|---|---|---|---|---|---|
| 6/22/21 | mileage | Schenectady/Utica Rdtrp | | 155.4 | x .56 | 87.02 ✓ |
| 6/28/21 | mileage | Schenectady to Utica | | 77.7 | x .56 | 43.51 ✓ |
| 6/30/21 | mileage | Utica to Schenectady | | 77.7 | x .56 | 43.51 ✓ |
| 6/28/21 | Lodging forgem | DoubleTree | | | | 309.20 / cancellation fee audit clerk called hotel to have refunded (MC) |
| 6/28/21 | Lodging | DoubleTree | | | | 478.53 ✓ |
| 6/28/21 | Walmart (binders) | | | | | 37.48 |
| | Pacer | | | | | 65.50 $7.20 per attachments |
| | | | | | | |
| | | | | | | $1,064.65 — 757.25 |
| | | | | | TOTAL: | $ 0.00 |

*Any expense other than privately owned vehicle, please enter in OTHER EXPENSE AMOUNT.

2

Scanned with CamScanner



**DOUBLETREE HOTEL UTICA**
102 Lafayette St.
Utica, NY 13502
United States of America
TELEPHONE 315-724-7829  • FAX 315-733-7663
Reservations
www.hilton.com or 1 800 HILTONS

| | |
|---|---|
| KOSINESKI, JULIA | |
| | Room No: 612/NQR |
| | Arrival Date: 6/27/2021 12:00:00 AM |
| 1505 DORWALDT BOULEBARD | Departure Date: 6/30/2021 12:18:00 PM |
| | Adult/Child: 1/0 |
| WASHINGTON DC  20036 | Cashier ID: LEAR |
| UNITED STATES OF AMERICA | Room Rate: 148.77 |
| | AL: |
| | HH #: 1233437555 SILVER |
| | VAT #: |
| | Folio No/Che: 103775 A |

Confirmation Number: 86114621

DOUBLETREE HOTEL UTICA 9/14/2021 4:01:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 6/27/2021 | 312033 | GUEST ROOM | $135.95 |
| 6/27/2021 | 312033 | TAXES | $18.70 |
| 6/28/2021 | 312218 | GUEST ROOM | $135.95 |
| 6/28/2021 | 312218 | TAXES | $18.70 |
| 6/29/2021 | 312420 | GUEST ROOM | $148.77 |
| 6/29/2021 | 312420 | TAXES | $20.46 |
| 6/30/2021 | 312546 | VS *3200 | ($478.53) |
| | | **BALANCE** | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 6/27/2021 | 6/28/2021 | 6/29/2021 | STAY TOTAL |
|---|---|---|---|---|
| ROOM AND TAX | $154.65 | $154.65 | $169.23 | $478.53 |
| DAILY TOTAL | $154.65 | $154.65 | $169.23 | $478.53 |

*per diem 96 55* (handwritten)

**CREDIT CARD DETAIL**

| | | | |
|---|---|---|---|
| APPR CODE | 07593D | MERCHANT ID | 6155406 |
| CARD NUMBER | VS *3200 | EXP DATE | 01/23 |
| TRANSACTION ID | 312546 | TRANS TYPE | Sale |

Page:1



|                               |                  |
|-------------------------------|------------------|
| DOUBLETREE HOTEL UTICA        |                  |
| 102 Lafayette St.             |                  |
| Utica, NY  13502              |                  |
| United States of America      |                  |
| TELEPHONE 315-724-7829  · FAX 315-733-7663 |     |
| Reservations                  |                  |
| www.hilton.com or 1 800 HILTONS |                |

Kosineski, Julia

1505 DORWALDT BOULEBARD

WASHINGTON DC  20036
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | /NQR |
| Arrival Date: | 6/29/2021 |
| Departure Date: | 6/30/2021 |
| Adult/Child: | 2/0 |
| Cashier ID: | LEAR |
| Room Rate: | 195.02 |
| AL: | |
| HH # | 1233437555 SILVER |
| VAT # | |
| Folio No/Che | 104462 A |

Confirmation Number: 92952075

DOUBLETREE HOTEL UTICA 9/14/2021 4:01:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 6/30/2021 | 312485 | NOSHOW: 1 NIGHT(S) AT $195.02/NIGHT FOR ARRIVAL 06/29/2021 | $195.02 |
| 6/30/2021 | 312485 | TAXES | $26.81 |
| 6/30/2021 | 312486 | VS *3200 | ($221.83) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 6/29/2021 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $221.83 | $221.83 |
| DAILY TOTAL | $221.83 | $221.83 |

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 06972D | MERCHANT ID | 6155406 |
| CARD NUMBER | VS *3200 | EXP DATE | 01/23 |
| TRANSACTION ID | 312486 | TRANS TYPE | Sale |

*Charged a no show fee - audit clerk called hotel on 9/14/2021. Hotel reimbursed. (MC)*

Page:1

# BILLING HISTORY

[Logout]

**Detailed Transaction Report by Date**
**All**
**from 01/01/2021 to 03/31/2021**

Wed Sep 01 11:06:25 CDT 2021
jkosineski

[Back]  [New Search]

## Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| **01/08/2021** | | | | | | | |
| 01/08/2021 | 08:33:05 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WASHBURN, KEVIN; ALL COURTS; PAGE: 1 | $0.10 |
| Subtotal: | | | | 1 pages | | | $0.10 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.10 |
| **01/12/2021** | | | | | | | |
| 01/12/2021 | 10:09:12 | 2 | NYNDC | | IMAGE44-0 | 1:19-CV-01004-GLS-TWD DOCUMENT 44-0 | $0.20 |
| 01/12/2021 | 09:08:31 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME BENSON, ASHLEY; ALL COURTS; PAGE: 1 | $0.10 |
| 01/12/2021 | 10:08:45 | 2 | NYNDC | | HISTORY/DOCUMENTS | 1:19-CV-01004-GLS-TWD | $0.20 |
| Subtotal: | | | | 5 pages | | | $0.50 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.50 |
| **03/10/2021** | | | | | | | |
| 03/10/2021 | 16:17:09 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.30 |
| 03/10/2021 | 16:17:31 | 1 | NYNDC | | IMAGE1-2 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-2 | $0.10 |
| 03/10/2021 | 16:18:54 | 3 | NYNDC | | IMAGE98-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 98-0 | $0.30 |
| 03/10/2021 | 16:21:24 | 2 | NYNDC | | IMAGE111-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 111-0 | $0.20 |
| 03/10/2021 | 15:16:47 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 03/10/2021 | 16:17:30 | 1 | NYNDC | | IMAGE1-1 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-1 | $0.10 |
| 03/10/2021 | 16:17:31 | 1 | NYNDC | | IMAGE1-3 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-3 | $0.10 |
| 03/10/2021 | 16:20:02 | 10 | NYNDC | | IMAGE95-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 95-0 | $1.00 |
| 03/10/2021 | 16:17:30 | 26 | NYNDC | | IMAGE1-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-0 | $2.60 |
| 03/10/2021 | 16:18:27 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.30 |
| 03/10/2021 | 16:20:29 | 2 | NYNDC | | IMAGE99-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 99-0 | $0.20 |
| Subtotal: | | | | 53 pages | | | $5.30 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $5.30 |
| **03/12/2021** | | | | | | | |
| 03/12/2021 | 15:48:24 | 15 | NYNDC | | DOCKET REPORT | 9:16-CV-00554-DNH-DJS | $1.50 |
| 03/12/2021 | 14:47:15 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; ALL COURTS; PAGE: 1 | $0.10 |
| 03/12/2021 | 15:49:53 | 2 | NYNDC | | IMAGE111-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 111-0 | $0.20 |
| Subtotal: | | | | 18 pages | | | $1.80 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $1.80 |
| **03/16/2021** | | | | | | | |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 03/16/2021 | 15:21:41 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 03/16/2021 | 16:22:17 | 15 | NYNDC | | DOCKET REPORT | 9:16-CV-00554-DNH-DJS | $1.50 |
| Subtotal | | | | 16 pages | | | $1.60 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $1.60 |
| 03/30/2021 | | | | | | | |
| 03/30/2021 | 14:14:00 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME SMITH, STUART; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 03/30/2021 | 14:12:00 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME SHAH, JEN; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 03/30/2021 | 14:14:55 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME SMITH, STUART; ALL COURTS; PAGE: 1; SORT: PARTY NAME, DESC | $0.10 |
| 03/30/2021 | 14:12:20 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME SHAH, JEN; ALL COURTS; PAGE: 2; SORT: PARTY NAME, ASC | $0.10 |
| 03/30/2021 | 14:15:10 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME SMITH, STUART; ALL COURTS; PAGE: 1; SORT: DATEFILED, DESC | $0.10 |
| Subtotal | | | | 5 pages | | | $0.50 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.50 |
| Grand total | | | | 98 pages | | | $9.80 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $9.80 |

[ Back ]  [ New Search ]

PACER FAQ                              Privacy & Security                              Contact Us

This site is maintained by the Administrative Office of the
U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

# BILLING HISTORY

[Logout]

**Detailed Transaction Report by Date**
**All**
**from 04/01/2021 to 06/30/2021**

Wed Sep 01 11:07:40 CDT 2021
jkosineski

[Back] [New Search]

## Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| **05/10/2021** | | | | | | | |
| 05/10/2021 | 12:40:47 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; ALL COURTS; PAGE: 1 | $0.10 |
| 05/10/2021 | 16:05:08 | 1 | NYNDC | | IMAGE114-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 114-0 | $0.10 |
| 05/10/2021 | 16:05:55 | 16 | NYNDC | | DOCKET REPORT | 9:16-CV-00554-DNH-DJS | $1.60 |
| 05/10/2021 | 13:51:22 | 16 | NYNDC | | DOCKET REPORT | 9:16-CV-00554-DNH-DJS | $1.60 |
| 05/10/2021 | 16:12:07 | 2 | NYNDC | | IMAGE102-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 102-0 | $0.20 |
| Subtotal: | | | | 36 pages | | | $3.60 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $3.60 |
| **05/11/2021** | | | | | | | |
| 05/11/2021 | 14:51:13 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD; COURT ID NYN; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 05/11/2021 | 15:51:33 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:17-CV-01146-BKS-ATB | $0.30 |
| 05/11/2021 | 15:51:42 | 2 | NYNDC | | IMAGE1-2 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-2 | $0.20 |
| 05/11/2021 | 15:55:36 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:19-CV-00350-TJM-ML | $0.30 |
| 05/11/2021 | 15:55:44 | 1 | NYNDC | | IMAGE1-2 | 9:19-CV-00350-TJM-ML DOCUMENT 1-2 | $0.10 |
| 05/11/2021 | 15:57:40 | 2 | NYNDC | | HISTORY/DOCUMENTS | 5:99-CV-01941-NAM-GJD | $0.20 |
| 05/11/2021 | 15:58:15 | 7 | NYNDC | | HISTORY/DOCUMENTS | 9:17-CV-00503-TJM-ML | $0.70 |
| 05/11/2021 | 16:00:19 | 1 | NYNDC | | IMAGE1-2 | 9:17-CV-00892-TJM-DJS DOCUMENT 1-2 | $0.10 |
| 05/11/2021 | 14:50:13 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 05/11/2021 | 14:55:58 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD; COURT ID NYN; PAGE: 1 | $0.10 |
| 05/11/2021 | 15:51:41 | 7 | NYNDC | | IMAGE1-0 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-0 | $0.70 |
| 05/11/2021 | 15:53:55 | 2 | NYNDC | | HISTORY/DOCUMENTS | 9:13-CV-00803-GTS-DEP | $0.20 |
| 05/11/2021 | 15:55:43 | 2 | NYNDC | | IMAGE1-1 | 9:19-CV-00350-TJM-ML DOCUMENT 1-1 | $0.20 |
| 05/11/2021 | 15:55:44 | 1 | NYNDC | | IMAGE1-3 | 9:19-CV-00350-TJM-ML DOCUMENT 1-3 | $0.10 |
| 05/11/2021 | 15:57:42 | 1 | NYNDC | | HISTORY/DOCUMENTS | 5:99-CV-01941-NAM-GJD | $0.10 |
| 05/11/2021 | 15:58:19 | 30 | NYNDC | | IMAGE1-0 | 9:17-CV-00503-TJM-ML DOCUMENT 1-0 | $3.00 |
| 05/11/2021 | 16:00:19 | 3 | NYNDC | | IMAGE1-1 | 9:17-CV-00892-TJM-DJS DOCUMENT 1-1 | $0.30 |
| 05/11/2021 | 14:50:58 | 1 | 00PCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD; ROLE DEF; COURT ID NYN; SORT: PARTY NAME, ASC | $0.10 |
| 05/11/2021 | 14:56:16 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 892; CASE YEAR 2017; CASE NUMBER 9:17-CV-0892; OFFICE 9; CASE TYPE CV; PAGE: 1 | $0.10 |
| 05/11/2021 | 15:51:42 | 1 | NYNDC | | IMAGE1-1 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-1 | $0.10 |
| 05/11/2021 | 15:54:04 | 16 | NYNDC | | IMAGE1-0 | 9:13-CV-00803-GTS-DEP DOCUMENT 1-0 | $1.60 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 05/11/2021 | 15:55:43 | 6 | NYNDC | | IMAGE1-0 | 9:19-CV-00350-TJM-ML DOCUMENT 1-0 | $0.60 |
| 05/11/2021 | 15:56:23 | 5 | NYNDC | | HISTORY/DOCUMENTS | 9:17-CV-00892-TJM-DJS | $0.50 |
| 05/11/2021 | 15:58:00 | 3 | NYNDC | | IMAGE55-0 | 5:99-CV-01941-NAM-GJD DOCUMENT 55-0 | $0.30 |
| 05/11/2021 | 16:00:18 | 30 | NYNDC | | IMAGE1-0 | 9:17-CV-00892-TJM-DJS DOCUMENT 1-0 | $3.00 |
| Subtotal: | | | | 131 | pages | | $13.10 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $13.10 |
| **05/12/2021** | | | | | | | |
| 05/12/2021 | 09:47:15 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME ROBARE, T; COURT ID NYN; JURISDICTION CV; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 05/12/2021 | 10:48:04 | 1 | NYNDC | | IMAGE1-1 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-1 | $0.10 |
| 05/12/2021 | 10:48:05 | 1 | NYNDC | | IMAGE1-3 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-3 | $0.10 |
| 05/12/2021 | 14:03:28 | 3 | NYNDC | | IMAGE128-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 128-0 | $0.30 |
| 05/12/2021 | 10:48:04 | 26 | NYNDC | | IMAGE1-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-0 | $2.60 |
| 05/12/2021 | 10:48:36 | 3 | NYNDC | | PARTY LIST | 9:16-CV-00554-DNH-DJS | $0.30 |
| 05/12/2021 | 10:47:57 | 4 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.40 |
| 05/12/2021 | 10:48:05 | 1 | NYNDC | | IMAGE1-2 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-2 | $0.10 |
| 05/12/2021 | 14:03:12 | 4 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.40 |
| Subtotal: | | | | 44 | pages | | $4.40 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $4.40 |
| **05/17/2021** | | | | | | | |
| 05/17/2021 | 11:29:47 | 26 | NYNDC | | IMAGE1-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-0 | $2.60 |
| 05/17/2021 | 11:30:29 | 3 | NYNDC | | PARTY LIST | 9:16-CV-00554-DNH-DJS | $0.30 |
| 05/17/2021 | 10:29:19 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; ALL COURTS; PAGE: 1 | $0.10 |
| 05/17/2021 | 11:29:30 | 4 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.40 |
| 05/17/2021 | 11:29:48 | 1 | NYNDC | | IMAGE1-2 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-2 | $0.10 |
| 05/17/2021 | 11:29:47 | 1 | NYNDC | | IMAGE1-1 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-1 | $0.10 |
| 05/17/2021 | 11:29:48 | 1 | NYNDC | | IMAGE1-3 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-3 | $0.10 |
| Subtotal: | | | | 37 | pages | | $3.70 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $3.70 |
| **05/20/2021** | | | | | | | |
| 05/20/2021 | 11:45:02 | 26 | NYNDC | | IMAGE1-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-0 | $2.60 |
| 05/20/2021 | 11:44:54 | 4 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.40 |
| 05/20/2021 | 11:45:03 | 1 | NYNDC | | IMAGE1-2 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-2 | $0.10 |
| 05/20/2021 | 11:45:02 | 1 | NYNDC | | IMAGE1-1 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-1 | $0.10 |
| 05/20/2021 | 11:45:03 | 1 | NYNDC | | IMAGE1-3 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-3 | $0.10 |
| Subtotal: | | | | 33 | pages | | $3.30 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $3.30 |
| **06/02/2021** | | | | | | | |
| 06/02/2021 | 09:22:19 | 5 | NYNDC | | IMAGE46-0 | 1:19-CR-00109-MAD DOCUMENT 46-0 | $0.50 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 06/02/2021 | 08:20:32 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME CARR, DARRYL; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/02/2021 | 09:21:30 | 2 | NYNDC | | HISTORY/DOCUMENTS | 1:19-CR-00109-MAD | $0.20 |
| 06/02/2021 | 09:22:20 | 2 | NYNDC | | IMAGE46-1 | 1:19-CR-00109-MAD DOCUMENT 46-1 | $0.20 |
| 06/02/2021 | 09:21:40 | 9 | NYNDC | | IMAGE47-0 | 1:19-CR-00109-MAD DOCUMENT 47-0 | $0.90 |
| 06/02/2021 | 09:23:21 | 6 | NYNDC | | DOCKET REPORT | 1:19-CR-00109-MAD | $0.60 |
| Subtotal: | | | | 25 pages | | | $2.50 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $2.50 |
| **06/16/2021** | | | | | | | |
| 06/16/2021 | 16:09:09 | 3 | NYNDC | | IMAGE121-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 121-0 | $0.30 |
| Subtotal: | | | | 3 pages | | | $0.30 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.30 |
| **06/17/2021** | | | | | | | |
| 06/17/2021 | 16:34:15 | 3 | NYNDC | | IMAGE128-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 128-0 | $0.30 |
| Subtotal: | | | | 3 pages | | | $0.30 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.30 |
| **06/21/2021** | | | | | | | |
| 06/21/2021 | 17:37:49 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/21/2021 | 21:37:17 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD G; COURT ID 02, NY, NYE, NYN, NYS, NYW; CASE STATUS C; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/21/2021 | 22:41:35 | 1 | NYNBK | | CLAIMS REGISTER | 89-00072-6-SDG CREDITOR TYPE: CR FILED OR ENTERED FROM: 6/14/2021 FILED OR ENTERED TO: 6/21/2021 | $0.10 |
| 06/21/2021 | 17:26:54 | 4 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.40 |
| 06/21/2021 | 18:38:00 | 4 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.40 |
| 06/21/2021 | 20:38:11 | 10 | NYNDC | | IMAGE140-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 140-0 | $1.00 |
| 06/21/2021 | 21:14:30 | 1 | NYNDC | | IMAGE1-2 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-2 | $0.10 |
| 06/21/2021 | 22:37:43 | 2 | NYNDC | | IMAGE55-0 | 9:13-CV-00803-GTS-DEP DOCUMENT 55-0 | $0.20 |
| 06/21/2021 | 22:42:34 | 1 | NYNDC | | IMAGE1-1 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-1 | $0.10 |
| 06/21/2021 | 22:44:26 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:17-CV-01146-BKS-ATB | $0.30 |
| 06/21/2021 | 22:40:11 | 1 | NYWDC | | HISTORY/DOCUMENTS | 1:13-CV-00580-LGF | $0.10 |
| 06/21/2021 | 21:36:29 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD G; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/21/2021 | 21:42:00 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD G; COURT ID 02, NY, NYE, NYN, NYS, NYW; CASE STATUS O; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/21/2021 | 17:30:10 | 2 | NYNDC | | IMAGE143-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 143-0 | $0.20 |
| 06/21/2021 | 19:16:08 | 3 | NYNDC | | IMAGE139-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 139-0 | $0.30 |
| 06/21/2021 | 21:14:29 | 26 | NYNDC | | IMAGE1-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-0 | $2.60 |
| 06/21/2021 | 21:14:31 | 1 | NYNDC | | IMAGE1-3 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-3 | $0.10 |
| 06/21/2021 | 22:38:07 | 16 | NYNDC | | IMAGE1-0 | 9:13-CV-00803-GTS-DEP DOCUMENT 1-0 | $1.60 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 06/21/2021 | 22:42:34 | 7 | NYNDC | | IMAGE1-0 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-0 | $0.70 |
| 06/21/2021 | 16:26:41 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; COURT ID NYN; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/21/2021 | 21:36:49 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD G; ALL COURTS; CASE STATUS C; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/21/2021 | 22:40:25 | 1 | NYNBK | | HISTORY/DOCUMENTS | 89-00072-6-SDG TYPE: HISTORY | $0.10 |
| 06/21/2021 | 16:22:17 | 4 | NYNDC | | IMAGE135-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 135-0 | $0.40 |
| 06/21/2021 | 17:35:25 | 30 | NYNDC | | IMAGE138-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 138-0 | $3.00 |
| 06/21/2021 | 20:34:16 | 12 | NYNDC | | IMAGE137-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 137-0 | $1.20 |
| 06/21/2021 | 21:14:30 | 1 | NYNDC | | IMAGE1-1 | 9:16-CV-00554-DNH-DJS DOCUMENT 1-1 | $0.10 |
| 06/21/2021 | 22:37:31 | 2 | NYNDC | | HISTORY/DOCUMENTS | 9:13-CV-00803-GTS-DEP | $0.20 |
| 06/21/2021 | 22:42:13 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:17-CV-01146-BKS-ATB | $0.30 |
| 06/21/2021 | 22:42:35 | 2 | NYNDC | | IMAGE1-2 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-2 | $0.20 |
| Subtotal: | | | | 143 pages | | | $14.30 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $14.30 |
| 06/28/2021 | | | | | | | |
| 06/28/2021 | 16:09:49 | 4 | NYNDC | | IMAGE133-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 133-0 | $0.40 |
| 06/28/2021 | 16:04:03 | 4 | NYNDC | | HISTORY/DOCUMENTS | 9:16-CV-00554-DNH-DJS | $0.40 |
| 06/28/2021 | 16:10:03 | 2 | NYNDC | | IMAGE134-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 134-0 | $0.20 |
| 06/28/2021 | 13:15:51 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME DIGGS, RONALD; COURT ID NYN; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/28/2021 | 16:09:21 | 1 | NYNDC | | IMAGE141-0 | 9:16-CV-00554-DNH-DJS DOCUMENT 141-0 | $0.10 |
| Subtotal: | | | | 12 pages | | | $1.20 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $1.20 |
| 06/29/2021 | | | | | | | |
| 06/29/2021 | 16:46:42 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD; ALL COURTS; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/29/2021 | 17:47:49 | 2 | NYNDC | | IMAGE1-1 | 9:19-CV-00350-TJM-ML DOCUMENT 1-1 | $0.20 |
| 06/29/2021 | 17:47:50 | 1 | NYNDC | | IMAGE1-3 | 9:19-CV-00350-TJM-ML DOCUMENT 1-3 | $0.10 |
| 06/29/2021 | 17:49:27 | 30 | NYNDC | | IMAGE1-0 | 9:17-CV-00503-TJM-ML DOCUMENT 1-0 | $3.00 |
| 06/29/2021 | 17:50:52 | 7 | NYNDC | | IMAGE1-0 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-0 | $0.70 |
| 06/29/2021 | 16:47:09 | 1 | OOPCL | | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME WOOD, RONALD; COURT ID NY, NYE, NYN, NYS, NYW; PAGE: 1; SORT: PARTY NAME, ASC | $0.10 |
| 06/29/2021 | 17:47:49 | 6 | NYNDC | | IMAGE1-0 | 9:19-CV-00350-TJM-ML DOCUMENT 1-0 | $0.60 |
| 06/29/2021 | 17:48:21 | 11 | NYNDC | | IMAGE63-0 | 9:19-CV-00350-TJM-ML DOCUMENT 63-0 | $1.10 |
| 06/29/2021 | 17:50:08 | 30 | NYNDC | | IMAGE167-0 | 9:17-CV-00503-TJM-ML DOCUMENT 167-0 | $3.00 |
| 06/29/2021 | 17:50:53 | 1 | NYNDC | | IMAGE1-1 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-1 | $0.10 |
| 06/29/2021 | 17:47:26 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:19-CV-00350-TJM-ML | $0.30 |
| 06/29/2021 | 17:47:50 | 1 | NYNDC | | IMAGE1-2 | 9:19-CV-00350-TJM-ML DOCUMENT 1-2 | $0.10 |
| 06/29/2021 | 17:49:24 | 8 | NYNDC | | HISTORY/DOCUMENTS | 9:17-CV-00503-TJM-ML | $0.80 |
| 06/29/2021 | 17:50:46 | 3 | NYNDC | | HISTORY/DOCUMENTS | 9:17-CV-01146-BKS-ATB | $0.30 |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 06/29/2021 | 17:50:55 | 2 | NYNDC | | IMAGE1-2 | 9:17-CV-01146-BKS-ATB DOCUMENT 1-2 | $0.20 |
| Subtotal | | | | 107 | pages | | $10.70 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $10.70 |
| Grand Total | | | | 574 | pages | | $57.40 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $57.40 |

[Back]  [New Search]

PACER FAQ

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

Privacy & Security

Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov